**Ignacio Chavez, Plaintiff-Appellee, v. Elgin, Joliet and Eastern Railway Company, a Corporation, Defendant-Appellant.**

Gen. No. 50,850.

First District, Second Division.

December 6, 1966.

Stevenson, Conaghan, Hackbert, Rooks and Pitts, of Chicago (Robert L. Hesse, of counsel), for appellant; Allan S. Gould, of Chicago (John G. Phillips and Sidney Z. Karasik, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.